UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| KARL NATHANIEL CHRISTIAN (Deceased) | ) | CASE NO.: 08-00435-8-RDD |
| SS#: xxx-xx-3857 | ) | |
| BARBARA ANN CHRISTIAN | ) | |
| SS#: xxx-xx-0219 | ) | |
| Mailing Address: | ) | |
|    1560 Rossmore Drive | ) | |
|    Fayetteville, NC 28314 | ) | |
| | ) | |
|       Debtors. | ) | CHAPTER 13 |
| | ) | |
| BARBARA ANN CHRISTIAN, | ) | |
| | ) | |
|       Plainitff, | ) | |
| | ) | |
| vs. | ) | AP No.: 09-00019-8-RDD |
| | ) | |
| ECAST SETTLEMENT CORPORATION and | ) | |
| HSBC BANK NEVADA, N.A., | ) | |
| | ) | |
|       Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

TO:   THE TRUSTEE, BANKRUPTCY ADMINISTRATOR AND ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that, in accordance with Fed. R. Civ. P. 41(a)(1), made applicable to these proceedings by virtue of Rule 7041 of the Federal Rules of Bankruptcy Procedure, the plaintiff and defendant, through their respective attorneys, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with all parties to bear their own costs and attorneys fees.

DATED:  August 14, 2009

| | |
|---|---|
| s./ Joseph A. Bledsoe, III | s./ Donald R. Pocock |
| Joseph A. Bledsoe, III | Donald R. Pocock |
| Attorney for Plaintiff | Attorney for Defendants |
| Orcutt, Bledsoe & Boltz, LLP | Nelson Mullins Riley & Scarborough, L.L.P. |
| 6616-203 Six Forks Road | 380 Knollwood Street, Ste. 530 |
| Raleigh, NC 27615 | Winston-Salem, NC 27103 |
| (919) 847-9750 | (336) 774-3333 |
| NC State Bar No.: 19817 | NC State Bar No.: 29393 |

## CERTIFICATE OF SERVICE

       I, Joseph A. Bledsoe, III, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on August 20, 2009, I served copies of the foregoing **STIPULATION OF VOLUNTARY DISMISSAL** by regular, first-class mail, upon the following parties:

Trawick H. Stuubbs, Jr.
Chapter 13 Trustee
P. O. Box 1618
New Bern, NC 28563-1618

Marjorie K. Lynch
Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27895-3758

                                                                                       s./ Joseph A. Bledsoe, III
                                                                                      Joseph A. Bledsoe, III